*State,* 241 Ga. 496 (246 SE2d 642) (1978).

## 37031. HUDGINS v. SKINNER.

UNDERCOFLER, Justice.

This is a mandamus action against the clerk of the Superior Court of Carroll County seeking a trial transcript for habeas purposes. The petitioner alleges that he was tried and convicted of burglary, which conviction was affirmed by the Court of Appeals. The mandamus was denied. We affirm. *Mydell v. Clerk, Superior Court of Chatham County,* 241 Ga. 24 (243 SE2d 72) (1978).

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 11, 1981.

Randy E. Hudgins, *pro se.*
Kenneth Skinner, *pro se.*